# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT MULLEN,** *Plaintiff,* v. **NORTHAMPTON TOWNSHIP,** *Defendant.* | Case No. 2:18-cv-03113-JDW |

## ORDER

**AND NOW**, this 7th day of November, 2019, upon consideration of Northampton Township's Motion for Summary Judgment (ECF No. 18), Robert Mullen's Response in Opposition (ECF No. 21), and the Township's Reply in Support of its Motion (ECF No. 24), including all attachments thereto, and for the reasons set forth in the Court's accompanying Memorandum, the Court **ORDERS** as follows:

1. Northampton Township's Motion for Summary Judgment (ECF No. 18) is **GRANTED**. Summary judgment is entered in favor of Northampton Township and against Robert Mullen on all of Mullen's claims against the Township.

2. The Clerk of Court shall close this case for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.